USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 97-1335 RUSSELL BROWN, ET AL., Plaintiffs, Appellants, v. WALLY ARMSTRONG, ET AL., Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Reginald C. Lindsay, U.S. District Judge] ___________________ ____________________ Before Selya, Circuit Judge, _____________ Campbell, Senior Circuit Judge, ____________________ and Lynch, Circuit Judge. _____________ ____________________ Russell M. Brown on brief pro se. ________________ Lee Carl Bromberg, Julia Huston, and Bromberg & Sunstein LLP on __________________ ____________ _______________________ brief for Wally Armstrong and Gator Golf Enterprises, Inc. Scott P. Lewis, Robert L. Brennan, Jr. and Palmer & Dodge LLP, on ______________ _______________________ __________________ brief for appellees American Telecast Corporation, Wally Armstrong Golf, Inc., Kenny Rogers and Pat Summerall. ____________________ NOVEMBER 6, 1997 ____________________ Per Curiam. Plaintiff Russell Brown has appealed the ___________ grant of summary judgment in favor of defendants. Brown's appellate brief is inappropriately styled as if it was a motion pursuant to Fed. R. Civ. P. 60(b). We do not consider such motions in the first instance. In any event, we have carefully considered the parties' briefs and the record on appeal. Nothing that Brown has raised in this appeal warrants overturning the district court's grant of summary judgment. Affirmed. Loc. R. 27.1. ________ -2-